# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARRIE LOU EVANS<br>60 O Street, NW<br>Washington, DC 20001<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES PATENT AND<br>TRADEMARK OFFICE<br>Department of Commerce<br>c/o Penny Pritzker, Secretary<br>1401 Constitution Ave., NW<br>Washington, DC 20230<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 16-1932<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL OF A CIVIL ACTION

  Defendant, the United States Patent and Trademark Office, by and through undersigned counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1346(b), 1442(a)(1), and 1446. In support of this Notice, Defendant states:

  On or about August 29, 2016, Plaintiff Carrie Lou Evans, proceeding *pro se*, filed a Complaint against Defendant, a federal agency, in the Civil Division of the Superior Court of the District of Columbia, Civil Action No. 16-0006414. A copy of the Complaint is attached as Exhibit 1. Although Plaintiff's alleged cause of action is difficult to ascertain, the complaint appears to pertain to her dismissal from federal service. Plaintiff seeks a money judgment in the sum of $7,000,000.00.

WHEREFORE, this Civil Action is properly removed from the Superior Court for the District of Columbia to this Court pursuant to 28 U.S.C. §§ 1346(b), 1442(a)(1), and 1446.

September 29, 2016                      Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division


_____/s/_____
JASON T. COHEN
ME Bar #004465
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2523
Jason.Cohen@usdoj.gov

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 29th day of September, 2016, a true and correct copy of the foregoing Notice of Removal of a Civil Action and attachments thereof was served upon Plaintiff by first class United States mail, marked for delivery to:

CARRIE LOU EVANS
60 O Street, NW
Washington, DC 20001

                                           /s/
                                        JASON T. COHEN
                                        Assistant United States Attorney